**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7426**

---

RODNEY M. JONES,

                    Petitioner - Appellant,

    versus

DEAN WALKER,

                    Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Graham C. Mullen, Chief District Judge. (CA-00-188-1-2-MU)

---

Submitted: April 27, 2001          Decided: May 3, 2001

---

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Rodney M. Jones, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Jones appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny his motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Jones v. Walker, No. CA-00-188-1-2-MU (W.D.N.C. Sept. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2